HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAMMOET SALVAGE B.V., : Index No.: 08 CV 01838
          Plaintiff, :
           : **RULE 7.1 STATEMENT**
vs. :
OCEAN SERVICES L.L.C., :
          Defendant. :

---

Pursuant to Fed. R. Civ. P. 7.1 Plaintiff, Mammoet Salvage B.V., by and through its attorneys, Hill Rivkins & Hayden LLP, certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held:

CMK Mammoet Gulf B.V.
Mammoet Australia Pty Ltd.
Mammoet Heavy Transport and Heavy Lifting
Mammoet Europe Holding B.V.
Mammoet Caspian B.V.
Mammoet Romstar Sdn. Bhd.
Mammoet (S) Pte. Ltd.
B & J Mammoet Co., Ltd.
Mammoet Southern Africa Pty. Ltd.
Mammoet Belgium N.V.
Mammoet Fostrans SA
Mammoet Deutschland G.m.b.H.
Mammoet Italy Srl.
Mammoet Roadcargo B.V.
Mammoet Norge A/S
Mammoet Russia LLC
Mammoet Transport Espana S.L.
Mammoet UK Ltd.

       Mammoet Canada Eastern Ltd.
       Mammoet Canada Quebec Ltd.
        Mammoet Crane Inc.
       Mammoet Canada Western Ltd.
        Mammoet Canada Holdings
        Mammoet Canada Assets Inc.
         Mammoet S.A. de C.V.
          Mammoet USA Inc.
         Mammoet Venezuela C.A.

Dated: New York, New York
   February ___, 2008

          HILL RIVKINS & HAYDEN LLP
          Attorneys for Plaintiff

       By: _____
          Thomas E. Willoughby
          45 Broadway
          New York, New York 10006
          (212) 669-0600