ORIGINAL

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAMMOET SALVAGE B.V.,

        Plaintiff,

vs.

OCEAN SERVICES L.L.C.,

        Defendant.

Index No.: 08 CIV 1838

---

# SPECIAL NOTICE TO GARNISHEE BANKS

PLEASE TAKE NOTICE that the maritime attachment sought by Plaintiff, Mammoet Salvage B.V., pertains only to:

    OCEAN SERVICES L.L.C.
    4 Nickerson Street, Suite 301
    Seattle, Washington 98109

PLEASE TAKE FURTHER NOTICE that this attachment in no way pertains to:

    OCEAN SERVICES, LLC
    246 46th Street
    Brooklyn, New York 11220

Should there be any doubt regarding the foregoing, please contact:

>Thomas E. Willoughby, Esq.
>Hill Rivkins & Hayden LLP
>45 Broadway, Suite 1500
>New York, New York 10006
>Tel: (212) 669-0600
>Fax: (212) 669-0698/0699

Thank you for your cooperation.

29543\032-Spec-Not-to-Bankls