CASTEL, J

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAMMOET SALVAGE B.V.,

    Plaintiff,

vs.

OCEAN SERVICES L.L.C.,

    Defendant.

---

Index No.: 08 CIV 1838
CASTEL
ORDER APPOINTING SPECIAL
PROCESS SERVER PURSUANT TO
ADMIRALTY RULE 4(c)

  Upon the application made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon reading and filing the Affirmation of Thomas E. Willoughby, sworn to on February 22nd, 2008, and good cause having been shown, it is on this 25th day of February, 2008.

  **O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal, be and hereby is appointed to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any Interrogatories, upon the garnishee(s) who may hold assets for, or on account of, Defendant Ocean Services L.L.C.; and it is further

MICROFILMED FEB 27 2008 -9 00 AM

2

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who, based upon information developed subsequent to the issuance of this Order, may hold assets for, or on account of, Defendant Ocean Services, L.L.C.

Dated: New York, New York
       February ) , 2008

_____
UNITED STATES DISTRICT JUDGE

29543\029-Order Appointing Process Server