UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MAMMOET  SALVAGE BV

                                      Plaintiff(s),

                  -against-

OCEAN  Services, LLC

                                      Defendant(s).

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

08 Civ. 1838 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

            As a result of a Pre-Trial Conference held before this Court today, the fol-

lowing is ORDERED:


            1.    By_____200_, the plaintiff(s)    defendant(s)    parties

shall_____

_____

_____

_____


            2.    By_____200_, the plaintiff(s)    defendant(s)    parties

shall_____

_____

_____

_____

3.   *Parties are proceeding to arbitration.*

4.

5.

6.   The next conference in this matter will be held on

*October 3* , 200*8* at *10:00 am.*

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
*April 25, 2008.*