HILL RIVKINS & HAYDEN LLP

FILE# 29543-TEW

# AFFIDAVIT OF SERVICE

### IN THE SOUTHERN DISTRICT COURT OF THE STATE OF UNITED STATES D
### IN AND FOR THE COUNTY OF

Case Number: 08-CV-01838

Plaintiff:
**MAMMOET SALVAGE B.V.,**
vs.
Defendant:
**OCEAN SERVICES L.L.C.,**

Service Documents:
SUMMONS IN A CIVIL CASE and
VERIFIED COMPLAINT
RULE 7.1 STATEMENT
JUDGES RULES

Received by Gary's Process Service to be served on **OCEAN SERVICES L.L.C., 2629 NORTHWEST 54TH STREET, SUITE 201, SEATTLE, WA 98107**.

I, Adam Shantz, being duly sworn, depose and say that on the **19th day of June, 2008** at **4:45 pm, I:**

**PERSONALLY** delivered at the time and place set forth above, a true and correct copy of the **SUMMONS IN A CIVIL CASE and VERIFIED COMPLAINT** leaving same with RICK BERGFELD, C.F.O. .

**Description** of Person Served:  Age: 30+,  Sex: M,  Race/Skin Color: Caucasian,  Height: 5'8, Weight: 190,  Hair: Brown/Gray,  Glasses: ?

## AFFIDAVIT OF SERVICE for 08-CV-01838

I declare under penalty of perjury under the laws of the State of Washington: That I am now and at all times herein mentioned a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

Subscribed and Sworn to before me on the 23rd day of June, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Adam Shantz
KING 010917510395

REF# 9HRLOM134166

Gary's Process Service
108 Wells Avenue South
Renton, WA 98057
(425) 277-0302

Our Job Serial Number: 2008015072

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox
V6.2u