```
Form 20    SECRETARY OF STATE - 307
           HILL RIVKINS & HAYDEN LLP
           ATTN:
US DISTRICT COURT      SOUTHERN/NY   COUNTY         STATE OF NEW YORK
------------------------------------------------
                                              Index No. 08 CV 01838
MAMMOET SALVAGE B.V.                 plaintiff
                                              Date Filed  ............
              - against -
                                              Office No. 29543-TEW
OCEAN SERVICES, L.L.C.              defendant
                                              Court Date:    /  /
------------------------------------------------
```

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.    That on the
**19th   of June,  2008 at   08:20 AM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS AND VERIFIED COMPLAINT**
UPON: **OCEAN SERVICES L.L.C.**
the **DEFENDANT** in this action, by delivering to and leaving with
**CAROL VOGT, AGENT**

in the office of the Secretary of State of New York, one true copy thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of **$40**. That said service was made pursuant to Section 307 of the BCL.

Deponent further describes the person actually served as follows:

| SEX: **FEMALE**   | COLOR: **WHITE** | HAIR: **BLACK**  |
|-------------------|------------------|------------------|
| APP. AGE: **45**  | APP. HT: **5:4** | APP. WT: **140** |

OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
25th   DAY OF   June, 2008

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

..........................
STEVE AVERY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 9HRLOM134167

**HILL RIVKINS & HAYDEN LLP**

US DISTRICT COURT        SOUTHERN/NY   COUNTY
-------------------------------------------------

Index No. **08 CV 01838**

MAMMOET SALVAGE B.V.                    plaintiff

            - against -

OCEAN SERVICES, L.L.C.                  defendant

-------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JOEL GOLUB**      being duly sworn, says:
I am over the age of 18 years and am not a party to this action.

ON the **19th** day of **June, 2008** I sent on behalf of the plaintiff herein a copy of the

**SUMMONS AND VERIFIED COMPLAINT**

with notice of the service upon the Secretary of State thereof to

**OCEAN SERVICES L.L.C.**

the **DEFENDANT** by registered mail in a securely sealed wrapped with sufficient postage thereon with return receipt requested addressed to

**2629 NW 54TH ST. SUITE 201
SEATTLE, WA 98107**

ATTACHED HERETO, AND MADE A PART HEREOF, IS THE RETURN RECEIPT FROM THE DEFENDANT, RECEIVED BY THE DEPONENT ON

Sworn to before me this
19th  day of   June,      2008sr

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 9HRLOM134167

**HILL RIVKINS & HAYDEN LLP**

```
  DISTRICT COURT       SOUTHERN/NY   COUNTY
------------------------------------------------
                                                      Index No. 08 CV 01838
 MAMMOET SALVAGE B.V.                     plaintiff

              - against -

 OCEAN SERVICES, L.L.C.                   defendant

------------------------------------------------
```

Gentlemen:

    Please take notice that the

**SUMMONS AND VERIFIED COMPLAINT**

in the above entitled action was served upon you personally on **June 19th 2008** by delivering a true copy thereof to the Secretary of State of the State of New York, together with the Statutory fee of $40.00 pursuant to the provisions of section 307 of the Business Corporation Laws of the State of New York.

    And please take further notice that we are sending you herewith, by registered mail another true copy of said

**SUMMONS AND VERIFIED COMPLAINT**

Date:                                           Yours, ETC.

    **June 19th 2008**                    **HILL RIVKINS & HAYDEN LLP**

                                                        Attorneys for Plaintiff
                                                     Office & P.O. Address

TO: **OCEAN SERVICES L.L.C.**                  45 BROADWAY, 15TH FLOOR
      **2629 NW 54TH ST. SUITE 201**       NEW YORK,, NY, 10006
      **SEATTLE, WA 98107**                 9HRLOM134167

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

```
        00    /AJS      Joel
        SUITE 1802
        225 BROADWAY
        NEW YORK NY 10007
```

9HRLOM134167

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   95    /HRLOM
   OCEAN SERVICES L.L.C.
   2629 NW 54TH ST. SUITE 201
   SEATTLE, WA 98107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Jim Reso                          6-25-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☑ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    RA 602 H 328 754 5

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154