Thomas E. Willoughby (TW-4452)
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York NY 10006
(212) 669-0600

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAMMOET SALVAGE B.V.,

    Plaintiff,

-against-

OCEAN SERVICES, L.L.C.,

    Defendant.

08 CV 1838 (PKC)

Electronically Filed

NOTICE AND ORDER
VACATING ATTACHMENTS

Plaintiff's demand for security in the amount of $1,807,000.00 having been satisfied through the provision of a letter of undertaking by the marine protection and indemnity association in which the M/V OCEAN LEADER was entered at the time of her sinking, the attachments of defendant's funds in this action in the amount of $27,825.00 at HSBC Bank USA, N.A. and in the amount of $75,000.00 at JPMorgan Chase Bank are to be vacated as soon as a "so ordered" copy of this Notice is served on each bank. It is understood that the defendant will then give each bank instructions as to the further transmission of the funds, together with any interest accrued thereon, and all attached funds belonging to defendant

1

shall be immediately released to defendant and in accordance with defendant's instructions.

Thereafter, this action may remain on the Court's Active Calendar in accordance with the discussion held at the Pre-Trial Status Conference on April 25, 2008.

Dated: New York, NY
July 17, 2008

                                   HILL RIVKINS & HAYDEN LLP
                                   Attorneys for plaintiff
                                   MAMMOET SALVAGE B.V.

                                   By: _____
                                   Thomas E. Willoughby (TW-4452)

                                   45 Broadway, Suite 1500
                                   New York NY 10006
                                   (212) 669-0600

SO ORDERED:

DATED: _____
           U. S. D. J.

7/18-08

2